UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JANITA HILL,

                Plaintiff,                              19 **CIVIL** 5096 (ALC)

        -against-                              **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**   That for the reasons set forth in the Court's Opinion and Order dated September 28, 2020, the ALJ's decision denying Hill's application for benefits is vacated and the case is remanded for further proceedings; accordingly, the case is closed.

**Dated:**  New York, New York
           September 29, 2020

                                                             **RUBY J. KRAJICK**

                                                              **Clerk of Court**

                  **BY:**      *K. Mango*

                                                               **Deputy Clerk**